UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAUSHIKKUMAR CHANDRAKANTBHAI PATEL,<br><br>                Plaintiff,<br><br>        -against-<br><br>JOSEPH B. EDLOW and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>             Defendants. | 26-CV-824 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: February 5, 2026
      New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge